**Motion Denied and Order filed January 13, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00498-CR**

_____

**MARK SOLIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1392000**

## ORDER

Appellant is represented by retained counsel, Thomas Radosevich. Appellant's brief was originally due October 23, 2014. We granted an extension of time to file appellant's brief until November 6, 2014. No motion for extension of time was filed. No brief was filed. On November 26, 2014, an extension of time was filed. We granted that extension until December 8, 2014. No motion for extension of time was filed. No brief was filed. On January 5, 2015, counsel filed a

further request for extension of time to file appellant's brief requesting 60 days. We deny the request for an extension of 60 days and issue the following order.

We order Thomas Radosevich to file a brief with the clerk of this Court on or before February 12, 2015. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Jamison, Busby and Brown